UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRON J. MURPHY SR.,

   Petitioner,

      v.

UNITED STATES OF AMERICA,

   Respondent.

Civil No. 16-cv-694-JPG

Criminal No 03-cr-30137-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Darron J. Murphy Sr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Darron J. Murphy Sr. and that this case is dismissed with prejudice.

**DATED: January 25, 2017**     **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                           *s/Tina Gray,* **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**